

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     John Seger, M.D. v. Brian Branda, Branda Financial Services, and
National Life Insurance Company

Appellate case number:   01-21-00224-CV

Trial court case number:  2020-51686

Trial court:                      165th District Court of Harris County

Date motion filed:          January 4, 2023

Party filing motion:        Appellant

It is ordered that the motion for rehearing is **DENIED**.

Judge's signature: _____/s/ Amparo Guerra_____
☑ Acting for the Court

The panel consists of Justices Kelly, Rivas-Molloy, and Guerra.

Date:  ____February 2, 2023_____